UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUERINO MARIO ANNARUMMA,

                Plaintiff,

-against-

HOMELAND SECURITY INVESTIGATION, et al.,

                Defendants.

22-CV-0432 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is currently incarcerated at Attica Correctional Facility, brings this action *pro se*. To proceed with a civil action in this Court, a prisoner must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application and a prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff submitted an IFP application, but he did not submit a prisoner authorization. On February 10, 2022, the Court directed Plaintiff, within thirty days, to either pay the $402.00 in fees or file a prisoner authorization. That order specified that failure to comply would result in dismissal of the complaint.

    On March 11, 2022, Plaintiff returned to the Court a blank prisoner authorization accompanied by the following statement:

> NO – NEED – AUTHORIZATION – FROM – ME – THE – COURT – HAS – POWER – TO- DO – ANY – THING. YOU – GIVE – RIGHT – TWO – RUSSIAN – WOMAN – ALIEN – I WILL – SINING – ONLY – TO – GO – HOME. I – DO – NOT – HAVE – NOTHING. APOLOGY – IF – I – DO – NOT – SIGN.

(ECF 4, at 2.)[1]

---

[1] The Court quotes the statement verbatim. All capitalization, punctuation, and errors are in the original.

Plaintiff has not paid the filing fees and he has declined to submit a completed prisoner authorization. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 24, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge