UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERINO MARIO ANNARUMMA,<br><br>    Plaintiff,<br><br>-against-<br><br>HOMELAND SECURITY INVESTIGATION, et al.,<br><br>    Defendants. | 22-CV-0432 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 24, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a completed prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 24, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                     Chief United States District Judge